*Richard S. Williams* v. *Alexander Birkbeck et al.* C. En-

WARDS, for complainant; B. SILLIMAN and M. S. BIDWELL, for defendants. Decree appealed from reversed with costs, and the bill, as to both defendants, dismissed with costs, but without prejudice to the rights of the defendant Matthias Bruen as against his co-defendant.